JULIA F. PARSONS, as Executrix, etc., of ARTHUR E. PARSONS, Deceased, and Individually, Respondent, Appellant, v. FIRST TRUST AND DEPOSIT COMPANY,

as Executor, etc., of WILLARD C. LIPE, Deceased, and Another, Appellants, Respondents.— Same decision as in companion case last above. [*Parsons* v. *First Trust & Deposit Co.*, *ante*, p. 681.] Taylor and Crosby, JJ., dissent for the reasons set forth therein.